IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY POWELL, SR., Administrator of the Estate of TIMOTHY POWELL, JR., deceased, and KEVIN GEORGE, Administrator of the Estate of CHAUNEE T. GEORGE, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CSX TRANSPORTATION, INC., JOSEPH STACHEWICZ, and THOMAS SEIFERT<br><br>Defendants. | Case No.: 1:22-CV-00043-SPB<br><br>*Electronically filed*<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS CSX TRANSPORTATION, INC., JOSEPH STACHEWICZ, AND THOMAS SEIFERT'S MOTION FOR SUMMARY JUDGMENT

AND NOW, come Defendants, CSX Transportation, Inc. ("CSX"), Joseph Stachewicz, and Thomas Seifert, by and through their attorneys, Dickie, McCamey & Chilcote, P.C., and pursuant to Federal Rule of Civil Procedure 56, file the within Motion for Summary Judgment.

Defendants respectfully request that this Honorable Court enter an Order granting judgment as a matter of law and dismissing Plaintiff George's claim against them, with prejudice, and dismissing certain of Plaintiffs' negligence claims, as well as Plaintiffs' punitive damages claims, against them, with prejudice, for the following reasons:

1. Ms. George failed to observe the stop, look, and listen rule before driving through the Ellis Road Crossing, and neither Plaintiff has evidence to the contrary such that they can genuinely dispute this fact, rendering Ms. George contributorily negligent and precluding recovery against the Defendants.

2. Certain of Plaintiffs' negligence claims fail as a matter of law where their excessive speed claims are preempted by federal law and their claims of failure to train its employees have no factual support in the record.

3. Plaintiffs have no evidence of evil motive, reckless indifference to the rights of others, outrageous conductor, or willful or wanton misconduct and, therefore, Plaintiffs are precluded from recovering punitive damages.

In further support of their requested relief under Rule 56, Defendants submit their Brief in Support of Motion for Summary Judgment and Concise Statement of Material Facts.

WHEREFORE, Defendants, CSX Transportation, Inc., Joseph Stachewicz, and Thomas Seifert, respectfully request this Honorable Court enter an Order granting judgment as a matter of law against Plaintiff George and dismissing Plaintiff George's claims against them, with prejudice. Defendants also respectfully request that this Court dismiss certain of Plaintiffs' negligence claims, as well as Plaintiffs' punitive damages claims, against them, with prejudice.

*[Signature on following page]*

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

Dated:  <u>December 2, 2024</u>          By:  <u>*/s/ J. Lawson Johnston*          </u>
J. Lawson Johnston, Esquire
PA I.D. #19792
ljohnston@dmclaw.com
Scott D. Clements, Esquire
PA I.D. #78529
sclements@dmclaw.com
Maria V. Hanley, Esquire
PA I.D. #328857
mhanley@dmclaw.com

Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272

Counsel for Defendants,
*CSX Transportation, Inc., Joseph Stachewicz, and Thomas Seifert*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, I filed the foregoing ***Motion for Summary Judgment*** with the Clerk using the Court's CM/ECF System, which will send notification of such filing to all counsel of record listed below.

Peter D. Friday, Esquire
FRIDAY & COX LLC
1405 McFarland Road
Pittsburgh, PA 15216
*Counsel for Plaintiff Timothy Powell, Sr.*

David L. Hunter, Esquire
821 State Street
Erie, PA 16501
*Counsel for Plaintiff Kevin George*

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/ *J. Lawson Johnston*
J. Lawson Johnston, Esquire
PA I.D. #19792
ljohnston@dmclaw.com

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272

Counsel for Defendants,
*CSX Transportation, Inc., Joseph Stachewicz, and Thomas Seifert*